BEFORE THE FIRST DIVISION, NOVEMBER 27, 1963

**No. 68140.**—Max Eckardt & Sons, Division of Thor Corp., et al. *v.* United States, protests 59/23700, etc. (Baltimore).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

**No. 68141.**—Kanematsu New York, Inc. *v.* United States, protests 62/12469, 63/2869, and 63/2870 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of "photo lenses" similar in all material respects to those the subject of *Unimark Photo, Inc.* v. *United States* (47 Cust. Ct. 75, C.D. 2283), the claim of the plaintiff was sustained.